# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| DELTA HOLDINGS LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:13CV48 |
| | ) | |
| vs. | ) | |
| | ) | |
| TOWN OF BOONE and TOWN OF BOONE BOARD OF ADJUSTMENT, | ) ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2014, Order.

September 24, 2014

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court